# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**ALEXANDER GALLEGOS**,

    Plaintiff,

v.                                                                                                                      2:24-cv-701-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

# ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 21), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 20). The Commissioner of Social Security seeks remand to:

> instruct the Administrative Law Judge to further evaluate the claimant's RFC, obtain supplemental vocational evidence as to the claimant's ability to perform past relevant work or other occupations that exist in significant numbers in the national economy and identify and resolve any apparent conflicts between that evidence and the DOT; and take any further action necessary to complete the administrative record and issue a new decision.

(Doc. 20 at 2).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on

remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

        **ORDERED** on February 21, 2025.

        _____
        NICHOLAS P. MIZELL
        United States Magistrate Judge